UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HUASICA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, FCI HERLONG,<br><br>　　　　　Respondent. | No. 2:23-cv-02271-CKD P<br><br><br>ORDER and FINDINGS AND<br>RECOMMENDATIONS |

　　　　By order filed November 21, 2023, petitioner's habeas application was dismissed and thirty days' leave to file an amended application was granted. The thirty day period has now expired, and petitioner has not responded to the court's order.

　　　　Accordingly, IT IS HEREBY ORDERED that the Clerk shall assign a district court judge to this action;

　　　　IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the

1

1  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2  F.2d 1153 (9th Cir. 1991).

3  Dated:  December 28, 2023

4  _____
   CAROLYN K. DELANEY

5  UNITED STATES MAGISTRATE JUDGE

11  12/huas2271.fta.hab