UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HUASICA, | No. 2:23-cv-02271-DJC-CKD P |
| Petitioner, | |
| v. | ORDER |
| WARDEN, FCI HERLONG, | |
| Respondent. | |

Petitioner is a federal inmate proceeding pro se and in forma pauperis in this habeas corpus proceeding filed pursuant to 28 U.S.C. § 2241. On November 21, 2023, the court summarily dismissed petitioner's § 2241 application because it did not contain any cognizable claim for relief. ECF No. 4. However, the court granted petitioner 30 days to file an amended 2241 application along with a motion to proceed in forma pauperis.

Petitioner has not submitted any of the required pleadings, but he has filed a notice requesting assistance in earning an unspecified number of FSA credits. Other than requesting relief, the notice does not allege any constitutional violations that could liberally be construed as an amended § 2241 petition. However, because it appears that petitioner is trying to comply with the court's November order, he will be granted an extension of time to do so.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner is sua sponte granted a 30 day extension of time to file an amended § 2241

1 application along with a motion to proceed in forma pauperis.

2. The court's December 28, 2023, Findings and Recommendations to dismiss the pending case for petitioner's failure to file an amended 2241 petition will remain pending during this 30-day period.

3. If petitioner files an amended § 2241 application and motion to proceed in forma pauperis, the Findings and Recommendations will be vacated.

4. If petitioner fails to comply with this order within the time provided, the Findings and Recommendations will be submitted to the district judge assigned to this case for a final determination.

Dated: March 18, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/huas2271.36

2