UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HUASICA, | No. 2:23-cv-02271-DJC-CKD |
| Petitioner, | |
| v. | ORDER |
| WARDEN, FCI HERLONG, | |
| Respondent. | |

Petitioner, a federal inmate proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 28, 2023, the Magistrate Judge filed findings and recommendations herein which were served on Petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  On March 18, 2024 the Magistrate Judge sua sponte granted Petitioner an extension of time in which to file an amended petition.  Petitioner has not filed objections to the findings and recommendations or otherwise complied with the Court's orders.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS

HEREBY ORDERED that:

    1. The findings and recommendations (ECF No. 5) are adopted in full.

    2. This action is dismissed without prejudice. *See* Local Rule 110; Fed. R. Civ. P. 41(b).

    3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **May 10, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

12/huas2271.800.hc.2241

2